## 48973. MAYOR &c. OF ATLANTA v. WOODS.

HALL, Presiding Judge.

The Mayor and Board of Aldermen of the City of Atlanta ("The City") appeal with a certificate from the trial court's denial of their motion for summary judgment in this sidewalk slip-and-fall case.

There being a genuine issue on one or more material

facts, the trial court did not err in overruling appellant's motion for summary judgment. *Burnette Ford, Inc. v. Hayes,* 227 Ga. 551 (181 SE2d 866); *Browder v. Aetna Life Ins. Co.,* 126 Ga. App. 140, 141 (190 SE2d 110).

*Judgment affirmed. Deen and Stolz, JJ., concur.*

ARGUED JANUARY 17, 1974 — DECIDED FEBRUARY 12, 1974 — REHEARING DENIED FEBRUARY 26, 1974.

*Henry L. Bowden, Ralph H. Witt,* for appellant.
*Larry Cohran,* for appellee.